IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CR182

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| EMMANUEL THOMAS GRISSOM, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court upon Defendant's Motion Reduce Sentence under 18 U.S.C. §3582(c)(2). (Document #172). The Probation Office has recommended that the Defendant be released immediately. Since there appear to be no objections, this Court will order Defendant Grissom's immediate release in the accompanying order.

IT IS SO ORDERED.

March 11, 2008

The Honorable Graham C. Mullen
Senior United States District Judge

1

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| EMMANUEL THOMAS GRISSOM ) | Case No: 3:02CR182-01 |
| ) | USM No: 19112-058 |
| Date of Previous Judgment: 11/18/2003 ) | Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __66__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
**It is further ordered** that as a condition of supervised release, the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment __11/18/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __11/MAR 08__

Judge's signature

Effective Date: _____
(if different from order date)

Honorable Graham C. Mullen, U.S. District Judge
Printed name and title